THIS OPINION
 HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN
 ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 
 South Carolina
 Department of Social Services, Respondent,
 
 
 
 
 

v.

 
 
 
 
 Crystal T., Appellant.
 
 
 In the interest of one minor child under the age of 18 years.
 
 
 

Appeal From Aiken County
William J. Wylie, Jr., Family Court Judge

Unpublished Opinion No. 2009-UP-529
 Submitted November 2, 2009  Filed
November 19, 2009    

AFFIRMED

 
 
 
 Charles C. Mayers, of Augusta, Georgia,
 for Appellant.
 Dennis M. Gmerek, of Aiken, for Respondent.  
 
 
 

PER CURIAM:  Crystal T. appeals the family court's order requiring entry of
 her name into the Central Registry of Child Abuse and Neglect pursuant to Section
 63-7-1940 of the South Carolina Code (2008).  Upon a thorough review of the record and the family court's
 findings of fact and conclusions of law, pursuant to Ex Parte Cauthen,
 291 S.C. 465, 354 S.E.2d 381 (1987), we find no meritorious issues warrant
 briefing.  Accordingly, we affirm[1] the family courts ruling.   
AFFIRMED.
WILLIAMS,
 PIEPER, and LOCKEMY, JJ., concur.  

[1]  We decide this case without oral argument pursuant
 to Rule 215, SCACR.